UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVERLIGHT ELECTRONICS CO., LTD.,
and EMCORE CORPORATION,

          Plaintiffs and
          Counter-Defendants,

v.

NICHIA CORPORATION, and
NICHIA AMERICA CORPORATION,

          Defendants and
          Counter-plaintiffs,

v.

EVERLIGHT AMERICAS, INC.,

          Defendants.
_____/

Civil Action No.12-cv-11758
HONORABLE GERSHWIN A. DRAIN

## ORDER APPOINTING TECHNICAL ADVISOR

This is a complex patent case. The patents-in-suit relate to light-emitting diode products. Trial is scheduled to commence on June 16, 2014. In the interim, appointment of a technical advisor under the Court's inherent authority would be a valuable asset to the Court, given the complex and special nature of the subject matter of this case. *See TechSearch, L.L.C. v. Intel. Corp.*, 286 F.3d 1360, 1378 (Fed. Cir. 2002); *see also* Patent Case Management Judicial Guide, § 8.1.2.4 – Special Master, Court-Appointed Expert, or Confidential Advisors (Federal Judicial Center 2009).

Accordingly, the Court appoints:

Dr. Kathleen Meehan
Bradley Department of Electrical and Computer Engineering
Mail Code 0111
Blacksburg, VA 24060-0111

    kameehan@vt.edu
    540-231-4442

as its technical advisor to assist the Court, consistent with this Court's terms set forth in its October 26, 2012 Order.  *See* Dkt. No. 47, ¶¶1-8.

    SO ORDERED.

Dated: June 5, 2013                          /s/ Gershwin A Drain
                                              GERSHWIN A. DRAIN
                                              UNITED STATES DISTRICT JUDGE