**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EVERLIGHT ELECTRONICS, CO., LTD.
and EMCORE CORPORATION,

Plaintiffs and Counter-Defendants,

Civil Action No. 4:12-cv-11758

v.

Hon. Gershwin A. Drain

NICHIA CORPORATION and
NICHIA AMERICA CORPORATION,

Defendants and Counter-Plaintiffs,

v.

EVERLIGHT AMERICAS, INC.,

Defendant.
______________________________________/

**NICHIA DEFENDANTS' NOTICE CORRECTING CORPORATE NAMES IN THE BRIEF SUPPORTING THEIR MOTION TO STAY CLAIMS REGARDING THE '215 PATENT (DKT. # 62)**

This Notice does not request or require any action by the Court. The sole purpose of this Notice is to correct certain non-substantive, inadvertent errors in a brief previously filed by Defendants Nichia Corporation and Nichia America Corporation ("Nichia Defendants") in support of their Motion to Stay that was decided by the Court in April 2013. The Nichia Defendants regret the need to file this Notice, and any burden placed on the Court. However, this correction is necessitated by Plaintiff Emcore Corporation's position in the currently co-pending "*inter partes* review" ("IPR") proceeding at the United States Patent and Trademark Office (IPR2012-00005) on Emcore's '215 patent. Specifically, Emcore is attempting to capitalize on the inadvertent misnaming in the Nichia Defendants' brief of the acting party that

petitioned for the IPR and is attempting to use this as a defense in that IPR, and Nichia thus wishes to place on the record a correction.

1. On February 25, 2013, the Nichia Defendants filed their Motion to Stay Claims Regarding the '215 Patent Pending *Inter Partes* Review and to Sever Those Claims (Dkt. # 62) ("Motion to Stay"). In the Nichia Defendants' Brief in Support of their Motion to Stay ("Supporting Brief"), the Nichia Defendants were collectively defined using the shorthand "Nichia". Dkt. # 62, at Pg ID 1554. The Supporting Brief also contained the following statement: "Nichia filed a Petition for *inter partes* review on September 16, 2012, requesting the United States Patent and Trademark Office ('USPTO') reexamine the validity the '215 patent's 17 claims. *See* Ex. B "Petition for *Inter Partes* Review" . . .." Dkt. # 62, at Pg ID 1555. Because the Petition seeking the IPR was only filed by Nichia Corporation, this was an inadvertent error. The Nichia Defendants should have started this quoted material by using the term "Nichia Corporation" rather than using the defined term "Nichia".

2. The Supporting Brief also contained the statement "Nichia filed its Petition for *inter partes* review of all claims of the '215 patent (claims 1-17) on September 16, 2012, the first day that this legal procedure became available at the USPTO." Dkt. # 62, at Pg ID 1559. Similarly, because the Petition seeking the IPR was only filed by Nichia Corporation, this too was an inadvertent error. The Nichia Defendants should have started this quoted material by using the term "Nichia Corporation" rather than using the defined term "Nichia".

<table>
<tr><td rowspan="2">Respectfully submitted,<br><br>FOLEY & LARDNER LLP<br><br>By: /s/ Steven J. Rizzi____<br>John R. Trentacosta (P31856)<br>Ryan S. Bewersdorf (P66411)<br>500 Woodward, Suite 2700<br>Detroit, MI 48226-3489<br>Telephone: (313) 234-7100<br>jtrentacosta@foley.com</td><td>Dated: July 1, 2013<br><br>Michael D. Kaminski<br>Lisa S. Mankofsky<br>3000 K Street N.W., Suite 600<br>Washington, DC 20007-5109<br>Phone: 202-672-5300<br>Fax: 202-672-5399<br>mkaminski@foley.com</td><td><br><br>Steven J. Rizzi<br>90 Park Avenue<br>New York, NY 10016-1314<br>Phone: 212-682-7474<br>Fax: 212-687-2329<br>srizzi@foley.com</td></tr>
<tr><td colspan="2">Attorneys for Defendants Nichia Corporation and Nichia America Corporation</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2013, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send an electronic copy to all counsel of record that have consented to electronic service.

/s/ *Steven J. Rizzi*
Steven J. Rizzi