UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVERLIGHT ELECTRONICS CO., LTD.,
and EMCORE CORPORATION,

       Plaintiffs/Counter-Defendants,

Case No. 12-11758
Honorable Gershwin A. Drain

v.

NICHIA CORPORATION, and
NICHIA AMERICA CORPORATION,

       Defendants/Counter-Plaintiffs,

v.

EVERLIGHT AMERICAS, INC.

       Defendant.
_____/

## ORDER GRANTING NICHIA'S UNOPPOSED MOTION TO TAKE THE DEPOSITION OF THIRD PARTY PHILIPS LUMILEDS AFTER NOVEMBER 15, 2013 [#197]

Presently before the Court is Nichia's Unopposed Motion to Take the Deposition of Third Party Philips Lumileds After November 15, 2013, filed on November 14, 2013. Upon review of the present motion, the Court finds good cause exists for granting the requested relief.

Accordingly, Nichia's Unopposed Motion to Take the Deposition of Third Party Philips Lumileds After November 15, 2013 [#197] is GRANTED.

SO ORDERED.

Dated: November 19, 2013            /s/Gershwin A Drain
                                               GERSHWIN A. DRAIN
                                               UNITED STATES DISTRICT JUDGE