# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| EVERLIGHT ELECTRONICS CO., LTD., and EMCORE CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> NICHIA CORPORATION, and NICHIA AMERICA CORPORATION, <br><br> Defendants, Counter-Plaintiffs, <br><br> vs. <br><br> EVERLIGHT ELECTRONICS CO., LTD., EMCORE CORPORATION, and EVERLIGHT AMERICAS, INC., <br><br> Counter-Defendants, Defendant. | Civil Action No. 4:12-cv-11758 <br><br> Hon. Gershwin A. Drain |

## NICHIA'S MOTION FOR
## JUDGMENT AS A MATTER OF LAW OF INFRINGEMENT

In accordance with Rule 50(b) of the Federal Rules of Civil Procedure, Nichia Corporation and Nichia America Corporation (collectively, "Nichia") hereby respectfully move that this Court amend the portion of the Judgment (Dkt. # 524) finding that claims 2, 3 and 5 of U.S. Patent No. 5,998,925 ("the '925 Patent") and claims 2, 14, and 19 of U.S. Patent No. 7,531,960 ("the '960 Patent") are not infringed, and instead grant judgment as a matter of law finding that claims 2, 3 and 5 of the '925 Patent and claims 2, 14, and 19 of the '960 Patent are infringed by Everlight Electronics Co., Ltd. and Everlight Americas, Inc. (collectively, "Everlight").

Specifically, Nichia moves that the Court enter judgment as a matter of law on the following infringement issues in Nichia's favor: (1) that Everlight's accused products infringe, either literally or under the Doctrine of Equivalents, claims 2, 3 and 5 of the '925 Patent and claims 2, 14, and 19 of the '960 Patent as outlined in Prof. Schubert's Analysis Chart (D-182), (2) that Everlight's YAG-based products literally infringe claims 2 and 3 of the '925 Patent, and (3) that Everlight's TAG-based products infringe claims 2 and 3 of the '925 Patent under of the Doctrine of Equivalents.

For the reasons set forth in more detail in the accompanying supporting brief and exhibits, Nichia respectfully requests that its Motion be granted.

| Respectfully submitted, Foley & Lardner LLP By: /s/ *Steven J. Rizzi* John R. Trentacosta (P31856) Irina Kashcheyeva (P72575) 500 Woodward, Suite 2700 Detroit, MI 48226-3489 Telephone: (313) 234-7100 jtrentacosta@foley.com | Dated: May 20, 2015 Lisa S. Mankofsky 3000 K St. N.W., Ste. 600 Washington, DC 20007 Phone: 202-672-5300 Fax: 202-672-5399 mkaminski@foley.com | Steven J. Rizzi 90 Park Avenue New York, NY 10016 Phone: 212-682-7474 Fax: 212-687-2329 srizzi@foley.com |
|---|---|---|
| | *Attorneys for Defendants Nichia Corporation and Nichia America Corporation* ||

2